**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  11-cr-00010-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     KENNETH MICHAEL MONTOYA,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


      This will confirm that a status/scheduling hearing regarding Defendant Montoya is set **Wednesday, February 2, 2011 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.


Dated:  January 11, 2011
_____