**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  11-cr-00010-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     KENNETH MICHAEL MONTOYA,

        Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that, pursuant to oral request of counsel, the sentencing hearing regarding Defendant Montoya set **Wednesday, May 11, 2011 is VACATED and RESET for Thursday, May 26, 2011 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

Dated:  May 5, 2011